## Armin F. Hillmer et al., Appellants, v. Leopold E. Block et al., Appellees.

### Gen. No. 41,953. 

 Heard in first division, first district, this court at October term, 1941; opinion filed June 1, 1942. Leonard & Leonard, Owens & Owens, Murphy & Pearson, and John A. Russell, for appellant; Gordon McLeish Leonard and George Edward Leonard, Jr., of counsel; Matthews, Harmon, Karr & Springer, Mayer, Meyer, Austrian & Platt, and Thomas G. Deering, for appellees; Kenneth L. Karr, Frank D. Mayer and Edwin A. Rothschild, of counsel. Opinion by JUSTICE O'CONNOR. "Not to be published in full."